UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

COMMONWEALTH OF
MASSACHUSETTS,

        Plaintiff,

v.

DYNAMIC ENERGY SOLUTIONS, LLC,
        Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. 1:20-cv-10814

**STIPULATION AND AGREEMENT FOR
NON-MATERIAL MODIFICATION TO CONSENT DECREE**

The Plaintiff Commonwealth of Massachusetts (the "Commonwealth") and Defendant Dynamic Energy Solutions, LLC ("Dynamic") stipulate and agree to make a non-material modification to the Consent Decree in this action pursuant to Paragraph 34 of the Consent Decree. Because the modification is non-material, the Court need not take any action on this filing.

Relevant background information and the specific terms of the non-material modification are set forth below.

1.     This matter concerns allegations by the Commonwealth against Dynamic related to alleged excessive sediment discharges to the West Branch Mill River and Rogers Brook and their associated tributaries and wetlands, in and around Williamsburg, Massachusetts.

2.     On January 27, 2021, the Commonwealth and Dynamic entered a Consent Decree to resolve the dispute.

3.     The Consent Decree was filed with this Court on January 29, 2021 as Document 24-1.

4.      Pursuant to Paragraph 15 of the Consent Decree, Dynamic is required effectuate the donation of portion of certain land, referred to and defined in Paragraph 15 as the "Compensatory Mitigation Area" in Williamsburg, Massachusetts, to a land trust.

5.      The Compensatory Mitigation Area is stated in Paragraph 15 of the Consent Decree to be "24.0 +/- acres of the overall parcel, illustrated as a yellow-colored polygon on Exhibit D."

6.      However, Exhibit D to the Consent Decree is not the "yellow-colored polygon" referenced in Paragraph 15, but instead is an outdated polygon of showing portions of the larger parcel which were being considered for the donation at one time.

7.      Thus, the current Exhibit D to the Consent Decree does not properly depict the Compensatory Mitigation Area.

8.      The parties recognize this mistake and wish to correct it.

9.      Rather than replace Exhibit D with the correct "yellow-colored polygon" prepared at the time of the signing of the Consent Decree, the parties agree that a more accurate plan of land now exists which defines the Compensatory Mitigation Area.

10.      This plan is entitled "Plan of Land in Williamsburg Massachusetts, prepared by Heritage Land Surveying & Engineering, Inc." dated April 15, 2021 (the "Plan of Land in Williamsburg") and is attached hereto.

11.      The parties agree that the Plan of Land in Williamsburg depicts the Compensatory Mitigation Area as defined in Paragraph 15 of the Consent Decree, rather than the current, incorrect Exhibit D.

12.      The parties agree that the Plan of Land in Williamsburg should be considered as Exhibit D to the Consent Decree.

13.     Paragraph 34 of the Consent Decree authorizes the parties to modify the Consent Order by written agreement signed by the parties.  Modifications which are material must also be approved by the Court to be effective.  The parties agree that the proposed modification is non-material to the Consent Decree and does not require Court approval to be effective.

DYNAMIC ENERGY SOLUTIONS, LLC
By its counsel,

February 7, 2022

/s/ Adam J. Brodsky_____
Adam J. Brodsky (BBO #548018)
DROHAN TOCCHIO & MORGAN, P.C.
175 Derby Street, Suite 30
Hingham, Massachusetts 02043
Telephone:  (781) 749-7200
Facsimile:  (781) 741-8865
abrodsky@dtm-law.com


COMMONWEALTH OF MASSACHUSETTS
By its counsel,

/s/ Nora Chorover_____
Nora Chorover (BBO #547352)
Special Assistant Attorney General
Environmental Protection Division
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, Massachusetts 02108
Telephone:  (617) 963-2642
Facsimile:  (781) 741-8865
Nora.Chorover@mass.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the Stipulation And Agreement For Non-Material Modification To Consent Decree, filed electronically through the ECF system with the Court on February 7, 2022, has been sent electronically to counsel of record, who are registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Adam J. Brodsky*



PLANNING BOARD
WILLIAMSBURG, MASSACHUSETTS

APPROVAL UNDER SUBDIVISION
CONTROL LAW NOT REQUIRED

DATE 5/27/21

REGISTRY OF DEEDS
HAMPSHIRE COUNTY

PLAN OF LAND IN
**WILLIAMSBURG, MASSACHUSETTS**
SURVEYED FOR
**HULL FORESTLANDS, LP**

SCALE: 1" = 100'

DATE: APRIL 15, 2021

**HERITAGE**
LAND SURVEYING & ENGINEERING, INC.
241 COLLEGE HIGHWAY & CLARK STREET
POST OFFICE BOX 90
SOUTHAMPTON, MASSACHUSETTS 01073-0090
(413) 527-3600
INFO@HERITAGESURVEYS.COM

JOB # 7857-201030    DWG # 7857F002    MAP # 7857-210415

NO REPRESENTATIONS ARE MADE RESPECTING
COMPLIANCE WITH ZONING ORDINANCES OR
BUILDING BYLAWS.

LEGEND
IRON BAR FOUND
STONE WALL
BARBED WIRE FENCE
EDGE OF LEASE AREA
HIGH WATER MARK

NOTE:

FOR REFERENCE TO ENCLOSED PERIMETER
SEE BOOK 6092, PAGE 126.

THIS SURVEY AND PLAN WERE PREPARED IN ACCORDANCE WITH THE
RULES AND REGULATIONS OF THE REGISTERS OF DEEDS, AND THE
PROCEDURAL AND TECHNICAL STANDARDS FOR THE PRACTICE OF LAND
SURVEYING IN THE COMMONWEALTH OF MASSACHUSETTS.

4/15/21
DATE    REGISTERED LAND SURVEYOR

**PARCEL A**
**AREA = 20.3 ACRES ±**